

**FILED**

SEP 26 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>    vs.<br><br>JESSE HETTENHOUSER,<br><br>            Defendant.<br>_____/ | CASE NO. 6:13-MJ-10 MJS<br><br>ORDER TO RECALL WARRANT |

As the above-named defendant appeared for a Change of Plea and Sentencing hearing on September 26, 2013, with said Judgment to be forthcoming, the Court ORDERS the warrant of arrest issued on August 5, 2013, hereby RECALLED.

IT IS SO ORDERED.

Dated: September 26, 2013

_____
MICHAEL J. SENG
UNITED STATES MAGISTRATE JUDGE

CC: Original & copy hand-delivered to USM, Fresno, on 9/26/13 3:00 p.m.

