UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO.   6:13-MJ-10 MJS

U.S.A.
v.

**ORDER TO PAY**

JESSE HETTENHOUSER

(this area intentionally left blank)

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✔) **FINE** of $  990.00          (✔) **Penalty ASSESSMENT** of $  10.00

( ) **PROCESSING Fee** of $ _____          for a **TOTAL AMOUNT** of $  1000.00 (in cash)  ,

paid within   17 months   days / months  **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
(✔) COMMUNITY SERVICE   70 hours   with fees not to exceed $ _____
to be completed by  w/i 17 months of sentence date  with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✔) PROBATION to be unsupervised / supervised for:  Counts 2 and 3: 18 months of unsupervised probation.
Community service to be performed at a non-profit organization with proof of completion to be provided to the Court. Defendant is to attend, and complete, DMV's 1st-Time Offender Program within 17 months of date of sentence.  Obey all laws.  Appeal rights waived.  Counts 1,4, and 5 are dismissed.

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU
P.O. Box 71363
Philadelphia, PA  19176-1363
1-800-827-2982

☐ CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

✔ CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED:   10/4/2014          Michelle Means Rooney
for: U.S. Magistrate Judge Michael J. Seng

EDCA - Rev 4/2007