Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE LEE HETTENHOUSER,<br><br>Defendant. | DOCKET NO. 6:13-MJ-010-MJS<br><br>**STATEMENT OF ALLEGED PROBATION VIOLATION(S)**<br><br>Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Jesse Lee HETTENHOUSER, was arrested March 26, 2013, in Yosemite National Park and charged with five counts in a criminal complaint: Count 1: Driving a motor a vehicle while under the influence of alcohol; Count 2: Driving a motor vehicle with a BAC of .08 or greater; Count 3: Possession of a controlled substance (marijuana); Count 4: Failure to comply with a traffic control device; and Count 5: Failure to provide proof of insurance. HETTENHOUSER plead guilty September 26, 2013, to Count 2 and Count 3, and the other counts were dismissed. HETTENHOUSER was sentenced to the following: pay a $1,700 fine with $700 commuted to 70 hours of community service and both to be completed within 17 months, complete the DMV First Time Offenders course within 17 months, 18 months of unsupervised probation, obey all laws, and to report new law violations. The Government alleges Jesse Lee

HETTENHOUSER has violated the following condition(s) of his unsupervised probation:

<u>CHARGE ONE</u>:     FAILURE TO PAY FINE

  HETTENHOUSER was ordered to pay a fine of $1,000, within 17 months. To date, HETTENHOUSER has paid $500.     `

<u>CHARGE TWO</u>:     FAILURE TO COMPLETE DMV COURSE

  HETTENHOUSER was ordered to complete the DMV First Time Offenders Course within 17 months. To date, the Yosemite Legal Office has not received proof of completion.

  The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Jesse Lee Hettenhouser*, 6:13-mj-010-MJS, be put back on calendar at a time convenient for the Court.

Dated: March 19, 2015       By: /s/ Matthew McNease
                 Matthew McNease
                 Acting Legal Officer
                 Yosemite National Park, CA

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

(  )  Submit a Request for Warrant or Summons:

(XXX) Defendant to Appear at Yosemite District Courthouse May 5, 2015, at 10:00 AM.

IT IS SO ORDERED.

Dated:  March 30, 2015      /s/ *Michael J. Seng*
                UNITED STATES MAGISTRATE JUDGE