HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JESSE HETTENHOUSER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  6:13-MJ-00010 MJS |
|---|---|---|
| Plaintiff, | ) ) ) | **MOTION TO APPEAR TELEPHONICALLY FOR HEARING; ORDER** |
| vs. | ) ) | |
| JESSE HETTENHOUSER, | ) ) | Date:  May 5, 2015 Time:  10:00 a.m. |
| Defendant. | ) | Judge:  Hon. Michael J. Seng |

Pursuant to Fed. R. Crim. P. 43(b)(2), Defendant Jesse Hettenhouser, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court permit him to appear by telephone for a hearing set for May 5, 2015, at 10:00 a.m.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Mr. Hettenhouser has advised defense counsel that he does not have the ability to travel
2 | to Yosemite National Park for this hearing.  The government does not oppose to this motion.

```
                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  April 17, 2015                  /s/ Megan T. Hopkins
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        JESSE HETTENHOUSER
```

**O R D E R**

The above Motion to Appear Telephonically in Case No. 6:13-MJ-00010 MJS is hereby **DENIED.**

IT IS SO ORDERED.

```
Dated:   April 17, 2015            /s/ Michael J. Seng
                                   UNITED STATES MAGISTRATE JUDGE
```